UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MAVERICK RESALE LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TERRIFIC DEAL INC. and<br>MARUCHAN, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 24-cv-11226-TGB-CI<br><br>Judge Terrence G. Berg<br>Magistrate Judge Curtis Ivy, Jr. |

**STIPULATED ORDER EXTENDING TIME FOR**
**DEFENDANT TERRIFIC DEAL INC. TO ANSWER COMPLAINT**

Defendant Terrific Deal Inc. ("Defendant") was served with the Complaint in this action on May 22, 2024, making its answer to the Complaint currently due on June 12, 2024. Plaintiff Maverick Resale LLC and Defendant are engaged in settlement discussions and the parties agree that a 30-day extension of the current deadline to answer the complaint would be appropriate. The parties agree that Defendant Terrific Deal Inc. shall have until July 12, 2024, to file its answer or first responsive pleading in response to the Complaint.

**IT IS HEREBY ORDERED** that Defendant Terrific Deal Inc. shall file its answer or other responsive pleading in response to the Complaint by July 12, 2024.

**SO ORDERED.**

Dated:  June 12, 2024

                                                   s/Terrence G. Berg
                                                    The Honorable Terrence G. Berg
                                                        United States District Judge

**STIPULATED AND AGREED TO BY:**

| TARTER KRINSKY & DROGIN LLP | MERRY, FARNEN & RYAN, P.C. |
|---|---|
| *s/ Joseph Tiger* | *s/ Patrick J. Kukla (with permission)* |
| Joseph Tiger (Bar No. 4858460) | Patrick J. Kukla (P60465) |
| 1350 Broadway | 300 Maple Park Blvd., Suite 301 |
| New York, NY  10018 | St. Clair Shores, MI 48081 |
| Tel.:    (212) 216-8000 | Tel.:   (586) 776-6700 |
| Fax:    (212) 216-8001 | Email:  pkukla@mfr-law.com |
| E-mail: jtiger@tarterkrinsky.com | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |
| ***Maverick Resale LLC*** | ***Terrific Deal Inc.*** |