# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

**MAVERICK RESALE, INC.,**

    PLAINTIFF,

vs.

**TERRIFIC DEAL INC.** and
**MARUCHAN, INC.**,

    DEFENDANTS.

C.A. No. 24-CV-11226
HON. TERRENCE G. BERG
MAGISTRATE JUDGE CURTIS IVY, JR.

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties through their counsel hereunder, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs and fees to any party.

**SO ORDERED.**

Dated: July 23, 2024

                                          s/Terrence G. Berg_____
                                          **Honorable Terrence G. Berg**
                                          **U.S. District Court Judge**

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| */S/Joseph Tiger (w/consent)* | */S/Patrick J. Kukla* |
| Joseph Tiger (Bar No. 4858460) | Patrick J. Kukla (P60465) |
| TARTER KRINSKY & DROGIN LLP | MERRY, FARNEN & RYAN, P.C. |
| 1350 Broadway | 300 Maple Park Blvd., Suite 301 |
| New York, NY 10018 | St. Clair Shores, MI 48081 |
| Tel.: (212) 216-8000 | Tel.: (586) 776-6700 |
| Fax: (212) 216-8001 | Fax: (586)776-1501 |
| E-mail: jtiger@tarterkrinsky.com | Email: pukla@mfr-law.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |
| ***Maverick Resale LLC*** | ***Terrific Deal Inc.*** |